TAYLOR *v.* ATLANTIC AND BIRMINGHAM RAILROAD COMPANY.

TURNER, J.    This case is not, upon its facts, distinguishable from that of *Macon & Birmingham R. Co.* v. *Revis,* 119 *Ga.* 332 ; and it follows that there is no merit in the plaintiff's complaint that the court below erred in directing the jury to return a verdict in favor of the defendant company.

*Judgment affirmed.    All the Justices concur, except Simmons, C. J., absent.*

Argued February 17, — Decided March 3, 1904.

Action for damages.    Before Judge Reynolds.    City court of Waycross.    March 9, 1903.

*J. S. Williams,* for plaintiff.    *J. L. Sweat,* for defendant.